**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                     Case No. 07-cr-226-PB

<u>Jose Perez</u>

**O R D E R**

The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time for further plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to February 5, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The court will hold a final pretrial conference on January 24, 2008 at 4:15 p.m.

     SO ORDERED.


                                               /s/Paul Barbadoro  
                                             Paul Barbadoro  
                                             United States District Judge

January 3, 2008

cc:   James Dennehy, Esq.  
      Terry Ollila, AUSA  
      United States Probation  
      United States Marshal